# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| JAMES SAMPLE, | : No. 18 EM 2015 |
| Petitioner | : |
| v. | : |
| COMMONWEALTH OF PENNSYLVANIA, DISTRICT ATTORNEY OF PHILADELPHIA COUNTY, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of April, 2015, the Application for Leave to File Original Process is **GRANTED**. To the extent the "Petition for Writ [of] Habeas Corpus," treated as a Petition for Writ of Mandamus, seeks to compel the Court of Common Pleas of Philadelphia County to comply with this Court's September 16, 2014 order, *see Sample v. Commonwealth*, 104 EM 2014, the petition is **GRANTED**. The court is **DIRECTED** to adjudicate Petitioner's Post Conviction Relief Act petition within 30 days.